**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Wendell WOOD, Defendant–Appellant.**

**No. 01–7483.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

Wendall Wood, pro se. Fernando Groene, Office of the United States Attorney, Norfolk, VA, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Wendell Wood seeks to appeal the district court's order denying his motion filed

under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *See United States v. Wood,* Nos. CR–93–20; CA–00–718–2 (E.D.Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* Although we have not determined when the limitations period accrues for claims raising issues under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), *see United States v. Sanders,* 247 F.3d 139, 144 (4th Cir.2001), we have held, as the district court recognized, that *Apprendi* does not apply retroactively on collateral review. *Id.* at 151.